# United States District Court

WESTERN DISTRICT OF WASHINGTON

JASON A. LUEDTKE,

              v.

MICHAEL ASTRUE, Commissioner of
Social Security,

JUDGMENT IN A CIVIL CASE

C10-5231JRC

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

1. The court finds no legal error in the ALJ's decision. The court also finds the ALJ's decision is properly supported by substantial evidence. Accordingly, the Court AFFIRMS the Social Security Administration's final decision.

| | |
|---|---|
| October 5, 2010 | WILLIAM M. McCOOL |
| Date | Clerk |
| | |
| | *s / Mary Trent* |
| | Deputy Clerk |